# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAN KAYAIAN, | ) 1:06cv01631 AWI DLB |
| | ) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATION |
| v. | ) (Document 3) |
| | ) |
| COMMISSIONER OF SOCIAL | ) ORDER DISMISSING ACTION |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |

On November 14, 2006, Plaintiff filed the present action in this Court.

On November 21, 2006, the Magistrate Judge issued Findings and Recommendation that Plaintiff's complaint be dismissed without leave to amend.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.  Plaintiff filed objections on December 7, 2006.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 21, 2006, is ADOPTED IN FULL; and

1

     2.     Plaintiff's action is DISMISSED WITHOUT LEAVE TO AMEND.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:**    **December 18, 2006**                 **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE